**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 26-17-DLB**

**RAMIRO RAMIREZ-MENDEZ**                                                    **PETITIONER**

**v.**                                             **ORDER**

**SAMUEL OLSON, et al.**                                                      **RESPONDENTS**

\* \* \* \* \* \* \* \* \* \*

Petitioner Ramiro Ramirez-Mendez, through counsel, recently filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. # 1).  Ramirez-Mendez claims he is being improperly detained by United States Immigration and Customs Enforcement at the Campbell County Detention Center in Newport, Kentucky.  Among other things, he requests that this Court order his immediate release.

Having reviewed Lopez Ramos's Petition pursuant to 28 U.S.C. § 2243, the Court concludes that further briefing is required to adjudicate his claims.  Thus, the Court will direct the Respondents to respond to Ramirez-Mendez's pleading within fourteen (14) days.  Accordingly,

**IT IS ORDERED** as follows:

(1)     The Clerk of Court is directed to send a copy of Lopez Ramos's petition (Doc. # 1) and this Order by certified mail to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) Jailer James Daley, at the Campbell County Detention Center.

1

(2)    Respondents shall file their response to the petition **within fourteen (14) days after the date of entry of this Order**.  The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the petition.  Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings.  The Respondents also should attach any relevant documentary evidence to the Response brief.

(3)    Ramirez-Mendez shall file a reply in further support of his petition within **twenty-eight (28) days after the date of entry of this Order**.

This 20th day of January, 2026.



Signed By:

David L. Bunning    $\mathcal{DB}$

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2026\26-17 habeas order directing response.docx